UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Reginald Kornegay                              Docket No. 5:07-CR-277-2BO

### Petition for Action on Supervised Release

COMES NOW Christopher Studley, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Reginald Kornegay, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack) and a Quantity of Cocaine 21 U.S.C. § 846 and Use and Carry a Firearm During and in Relation to a Drug Trafficking Offense 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 28, 2008, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Reginald Kornegay was released from custody on September 25, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 8, 2016, the defendant signed an Admission of Drug Use acknowledging that he had used Marijuana on January 1, 2016. This officer verbally reprimanded the defendant for his actions and will enroll the defendant in the Surprise Urinalysis Program for increased monitoring of the defendant's substance abuse. Furthermore, the defendant will be referred for a substance abuse assessment and treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Christopher Studley<br>Christopher Studley<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8669<br>Executed On: January 11, 2016 |

Reginald Kornegay
Docket No. 5:07-CR-277-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __11__ day of __January__, 2016 and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge