UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Reginald Kornegay							Docket No. 5:07-CR-277-2BO

## Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Reginald Kornegay, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack) and a Quantity of Cocaine, and Use, Carry a Firearm During and in Relation to a Drug Trafficking Offense, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on May 28, 2008, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Reginald Kornegay was released from custody on September 25, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In January 2016, the court was notified of the defendant's use of marijuana. He was referred for treatment and his drug testing frequency was increased.

On March 30, 2016, the defendant admitted to additional use of marijuana. He was referred for, and accepted into the HOPE Program. Since beginning this program on April 14, 2016, the defendant has admitted to additional marijuana use on several occasions. The probation office recommends that his continued participation in the program could be beneficial. As such, additional conditions of supervision are required for his participation in the program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

Except as herein modified, the judgment shall remain in full force and effect.

Reginald Kornegay
Docket No. 5:07-CR-277-2BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie Wise Rosa
Julie Wise Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: May 27, 2016

### ORDER OF THE COURT

Considered and ordered this __27__ day of __May__, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge